UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT SIMMONS,                           1:05-cv-00998-AWI-LJO-P

        Plaintiff,                **ORDER ADOPTING FINDING AND RECOMMENDATIONS** (Doc. 5)

vs.

                                           **ORDER DISMISSING ACTION**

BILL WHITMAN, et al.,

        Defendants.
_____/

    Plaintiff Robert Simmons ("plaintiff"), a civil detainee at Atascadero State Hospital proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 22, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within fifteen (15) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 22, 2005, is ADOPTED IN FULL; and,

2. This action is DISMISSED, without prejudice, for plaintiff's failure to obey the court's order of August 4, 2005.

IT IS SO ORDERED.

**Dated:   November 9, 2005**             /s/ Anthony W. Ishii
0m8i78                                                      UNITED STATES DISTRICT JUDGE